[No. 73667-1-I.   Division One.   October 19, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY DEWAYNE PARKER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 13-1-00597-1, Sally F. Olsen, J., entered January 14, 2014, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Cox, J., concurred in by Dwyer and Trickey, JJ.

[No. 45761-0-II.   Division Two.   October 20, 2015.]

MOMS FOR LABELING, *Appellant*, v. NO ON 522, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 13-2-01960-1, Chris Wickham, J., entered December 13, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Maxa, J., concurred in by Lee and Melnick, JJ.

[No. 45919-1-II.   Division Two.   October 20, 2015.]

RONALD C. RASHOFF ET AL., *Appellants*, v. THE STATE OF WASHINGTON, *Respondent*.

BENJAMIN O. LAMOTTE, *Appellant*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 12-2-01285-4, Chris Wickham, J., entered February 7, 2014. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Lee, J., concurred in by Worswick and Maxa, JJ.